# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| HARRIET W. MILLEDGE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV409-169 |
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, | ) ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECCOMMENDATION

Plaintiff Harriet W. Milledge unsuccessfully sought leave to file this employment-discrimination case against the Mayor and Aldermen of the City of Savannah, Georgia, without prepayment of the Court's filing fee. Docs. 1, 3. In the order denying her in forma pauperis status, the Court stated that it would "consider her motion for appointment of counsel and issue further instructions after she pays the Court's filing fee." Doc. 3 at 3. The Court gave her until February 2, 2010 to comply before recommending dismissal. Doc. 4. She has paid no fee. Accordingly, her case should be **DISMISSED WITHOUT**

PREJUDICE.

**SO REPORTED AND RECCOMMENDED,** this  22nd  day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA